# United States District Court
# District of Massachusetts

GREGORY SOFSKY,
    Plaintiff,

v.                                         CIVIL ACTION NO. 08-40245-RBC

HARLEY G. LAPPIN,
    Director, Federal Bureau of Prisons,
        Defendant.

## *FINAL JUDGMENT*

COLLINGS, U.S.M.J.

    The case came on before the Court on the Defendant's Motion to Dismiss (#13). In accordance with the Memorandum and Order entered this date allowing said motion,

    IT IS ORDERED AND ADJUDGED:

    Judgment for the defendant dismissing all of plaintiff's claims with prejudice.

No costs.

                                    SARAH ALLISON THORNTON
                                    CLERK OF COURT

                                    By: *Kathleen M. Dolan*
                                    Kathleen M. Dolan
                                    Deputy Clerk

Dated at Boston, Massachusetts
this 27rd day of September, 2010.